NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM ALLEN WHITLOW,          )
                                )
          Appellant,            )
                                )
v.                              )          Case No. 2D19-46
                                )
STATE OF FLORIDA,               )
                                )
          Appellee.             )
_____ )

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Michelle
Sisco, Judge.


PER CURIAM.

          Affirmed.


CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.